| | |
|---|---|
| **STATE OF RHODE ISLAND**<br>**KENT, SC.** | **SUPERIOR COURT** |

DUCY CORNEJO,

      Petitioner,

v.

THE BANK OF NEW YORK MELON, As Trustee For The Certificate Holders of CBS, Inc., Asset-Backed Certificates Series 2006,

      Defendant.

C.A. No.  KC-2015-0989

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant The Bank of New York Melon, As Trustee For The Certificate Holders of CBS, Inc., Asset-Backed Certificates Series 2006 filed a Notice of Removal for removal of this action to the United States District Court for the District of Rhode Island.  By virtue of law, the aforesaid case is now removed, and all further proceedings in this Court are stayed.  A copy of the Notice of Removal is attached hereto as Exhibit 1.

    Respectfully submitted,

    THE BANK OF NEW YORK MELON, As Trustee For The Certificate Holders of CBS, Inc., Asset-Backed Certificates Series 2006,

    By its attorneys,

*/s/ Carl E. Fumarola*
Carl E. Fumarola, Bar No. 6980
Nelson Mullins Riley & Scarborough LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
Tel:  401-519-3850
Fax: 401-519-3601
Email: carl.fumarola@nelsonmullins.com

Date:  February __, 2016

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the __ day of February, 2016, I filed and served this document through the electronic filing system on the following parties:

    Doris A. Lavallee, Bar No. 7638
    Lavallee Law Associates
    422 Post Road, Suite 104
    Warwick, RI 02888
    Email: lavalleelawassociates@gmail.com

The document electronically filed is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                      */s/ Carl E. Fumarola*
                                      Carl E. Fumarola, Bar No. 6980